**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Juan Jose Merida Gonzalez,<br>Petitioner,<br><br>v.<br><br>Eric Rokosky,<br>Respondent. | No. CV-26-07327-PHX-SPL<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) On October 13, 2026, Respondent filed a Notice of Impending Removal stating that Petitioner is scheduled for removal not less than two business days from the date of its Notice. (Doc. 5.)

Accordingly,

**IT IS ORDERED** requiring Respondent to file a status report as to the current status of this matter no later than 5 days from the date of this Order. Concurrently with the status report, Respondent must file an Answer to the Petition.[1]

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at

[1] Pursuant to a previous Order of the Court, Respondent was required to Answer the Petition within 7 calendar days of October 8, 2026. (Doc. 3.) Respondent did not file a timely Answer and did not seek an extension of time to do so. Respondent is, therefore, already in violation of this Court's October 8, 2026 Order.

lon.leavitt@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 2nd day of November, 2026.

Honorable Steven P. Logan
United States District Judge